UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULINE COLEMAN,

    Plaintiff,

Case No. 09-12833

v.

FORD MOTOR COMPANY,

Honorable Patrick J. Duggan

    Defendant.
_____/

## JUDGMENT

On July 17, 2009, Plaintiff Pauline Coleman ("Plaintiff") filed a three-count Complaint against her former employer, Defendant Ford Motor Company ("Defendant"). In her Complaint, Plaintiff alleges sexual harassment and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and Michigan's Elliot-Larsen Civil Rights Act, Mich. Comp. Laws. §§37.2101-37.2804, and discrimination in violation of Michigan's Persons with Disabilities Civil Rights Act, Mich. Comp. Laws § 37.1101-37.1607. Defendant filed a motion for summary judgment on March 12, 2010, which this Court granted in an Opinion and Order entered on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

DATE: May 17, 2010          s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE

Copies to:
Lance W. Mason, Esq.
Elizabeth P. Hardy, Esq.
Sonja L. Lengnick, Esq.
Thomas G. Kienbaum, Esq.