UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULINE COLEMAN,

    Plaintiff,                                             Case No. 09-12833

v.

FORD MOTOR COMPANY,                 Honorable Patrick J. Duggan

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR REVIEW OF CLERK'S DECISION REGARDING COSTS

Defendant Ford Motor Company ("Defendant") moves for the Court to review the Clerk of the Court's decision on June 4, 2010, denying Defendant's request for costs after prevailing in this action. For the reasons set forth herein, the Court grants Defendant's motion and awards it costs in the amount requested.

On July 17, 2009, Plaintiff Pauline Coleman ("Plaintiff") filed a three-count Complaint against Defendant, her former employer. Defendant filed a motion for summary judgment on March 12, 2010. Because the motion and attached exhibits contained confidential medical information concerning Plaintiff, Defendant filed its motion and subsequent reply brief under seal. The Court granted Defendant's motion in an opinion and order filed on May 17, 2010.

On June 3, 2010, Defendant filed its Bill of Costs seeking costs in the amount of $1,680.10 for court reporter fees incurred for depositions taken during discovery. The Clerk of the Clerk declined to tax costs, however, because it could not verify that the transcripts of those depositions for which court reporter fees were sought were used in

support of Defendant's summary judgment motion. (Doc. 25.)

The deposition transcripts at issue were in fact submitted by Defendant in support of its motion for summary judgment. Defendant therefore is entitled to an award in its favor of the costs associated with those transcripts which amounts to $1,680.10. 28 U.S.C. § 1920(2). Accordingly, the Court taxes costs of $1,680.10 against Plaintiff and in favor of Defendant.

**SO ORDERED**.

DATE: July 22, 2010                    s/PATRICK J. DUGGAN
                                       UNITED STATES DISTRICT JUDGE

Copies to:
Lance W. Mason, Esq.
Elizabeth P. Hardy, Esq.
Sonja L. Lengnick, Esq.
Thomas G. Kienbaum, Esq.